1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARTINEZ,<br><br>    Petitioner,<br><br>  v.<br><br>JEFFREY A. BEARD, Warden,<br><br>    Respondent. | Case No. CV 14-8518 JVS (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1       IT IS ORDERED that Judgment be entered denying the petition and
2 dismissing this action with prejudice.

5 DATE: April 27, 2016                _____
                                    HON. JAMES V. SELNA
                                    UNITED STATES DISTRICT JUDGE