# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARTINEZ,<br><br>    Petitioner,<br><br>    v.<br><br>JEFFREY A. BEARD, Warden,<br><br>    Respondent. | Case No. CV 14-8518 JVS (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: April 27, 2016

                                            _____
                                            HON. JAMES V. SELNA
                                            UNITED STATES DISTRICT JUDGE